**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| RONALD A. DOOLEY, *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:12-cv-290 |
| v. | : | |
| | | Magistrate Judge Michael J. Newman |
| WELLS FARGO BANK, | : | (Consent Case) |
| NATIONAL ASSOCIATION, | | |
| | : | |
| Defendant. | | |

**ORDER**

The undersigned hereby **RECUSES** himself from this consent case.

In a conference call held with counsel for both sides on April 9, 2013, during which counsel were told of the recusal, counsel for both sides advised the Court that they wish this case to remain a consent matter and seek to consent to United States Magistrate Judge Michael R. Merz.  The Court takes no position as to whether or not counsel should consent, and they were then so advised.

Pursuant to the request of counsel for both sides, this case, therefore, shall remain a consent matter before Magistrate Judge Merz, who shall have authority to enter final judgment in this matter.  Appeal, if any, shall be to the United States Court of Appeals for the Sixth Circuit.

This case, accordingly, is **TRANSFERRED** to Magistrate Judge Merz.

**IT IS SO ORDERED.**

April 11, 2013                                                    **s/ Michael J. Newman**
                                                                           United States Magistrate Judge